Bky. NO 17-15190 ELF                                    12-4-17

FILED

2017 DEC -4  PM 4:41

U.S. BANKRUPTCY COURT

hello My Name is Montrell Bolden and I'm Asking for a Motion Request the Reason For My Last case being Dismiss is Lack of My layner Not contacting me about Erything At All. So I came Down here To File Myself As I Look on the Reason for Dismiss is she Never Even Filed or payed the Fileing Fee I'm going To Make Sure I come to every meeting And ~~Ethen~~ pay All fees. Jugde Its Me Filing Not A ~~Lawyer~~ So I men ~~Bussiness~~ Please help Me get thought this agin I'm doing it on My own I have a home going up for sale 12-5-17 And I'm a Singel Dad with Five Kids And I Need Mcr home Please help Thanks Phone (610-701-1712

*[signature]*

Phone Number 610-701-1912